UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MD SECURITY SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTION 1, INC.,<br><br>Defendant. | Civil Action No. 6:15-cv-1968-ORL41GJK<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff MD Security Solutions LLC ("MD Security"), by and through its counsel, hereby brings this action against Protection 1, Inc. ("Protection 1") for infringement of United States Patent No. 7,864,983 (the "'983 patent") and alleges as follows:

**NATURE OF THE ACTION AND PARTIES**

1. This is a patent infringement action arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*

2. MD Security is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business at One Commerce Center, 1201 Orange Street, Suite 600, Wilmington, Delaware.

3. On information and belief, Protection 1 is incorporated under the laws of the State of Delaware, with its principal places of business in Romeoville, IL. On information and belief, Protection 1 has established corporate offices in Tampa and Orlando.

## JURISDICTION

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this is an action arising under the Patent Act, 35 U.S.C. § 1, *et seq.*

## VENUE

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c), 1391(d), and 1400(b) because a substantial part of the events giving rise to MD Security's claim occurred in the Middle District of Florida and because Protection 1 is either resident in or otherwise subject to personal jurisdiction in the Middle District of Florida.

## FACTUAL BACKGROUND

6. The '983 patent is titled "Security Alarm System." A copy of the '983 patent is attached hereto as Exhibit A.

7. The invention of the '983 patent generally relates to a security alarm system for protecting a structure using motion detectors and cameras. The claimed system and method of the '983 patent includes a handheld telecommunications unit, such as a smartphone, that transmits commands to and obtains images from the cameras.

8. The application that issued as the '983 patent was filed on April 27, 2009, and the United States Patent and Trademark Office duly and legally issued the '983 patent on January 4, 2011. The '983 patent is a continuation of application No. 11/692,430 (now Patent No. 7,526,105) filed March 28, 2007, and claims priority of provisional application No. 60/743,894, filed on March 29, 2006, and provisional application No. 60/804,660 filed on June 14, 2006.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 7,864,983

9. MD Security realleges and incorporates by reference the allegations of paragraphs 1-8.

10. MD Security owns all right, title, and interest in the '983 patent, including the right to recover damages for infringement throughout the period of the infringement complained of herein.

11. On information and belief, Protection 1 has infringed the '983 patent by at least selling, offering to sell, and using a system and method for providing home security that directly infringes at least claim 11 of the '983 patent, either literally or under the doctrine of equivalents. Protection 1's infringement includes, but is not limited to, providing Protection 1 Home Security to its customers, which allows those customers to control a home security system, equipped with motion detectors and cameras arranged on or around a structure, from their smartphone, including obtaining images from the system and arming and disarming the system.

## PRAYER FOR RELIEF

MD Security prays for relief as follows:

a. Judgment that Protection 1 has infringed the '983 patent as alleged herein;

b. Compensatory damages in an amount according to proof, and in no event less than a reasonable royalty;

c. Prejudgment interest on all damages awarded to MD Security;

d. Post-judgment interest on all sums awarded to MD Security from the date of the judgment;

e. A preliminary and permanent injunction forbidding Protection 1 and its

officers, agents, servants, employees, and attorneys, and all those in active concert or participation with them, from further infringing the '983 patent;

    f.    Costs of suit incurred herein;

    g.    An award of attorneys' fees pursuant to 35 U.S.C. § 285; and

    h.    Any and all other relief that the Court deems just and proper.

### DEMAND FOR JURY TRIAL

MD Security Solutions LLC hereby demands a jury trial on all issues so triable.

Respectfully submitted November 18, 2015.

                  ALLEN, DYER, DOPPELT,
                  MILBRATH & GILCHRIST, P.A.

                  By: /s/ Brian R. Gilchrist
                  Brian R. Gilchrist, FL Bar #774065
                  bgilchrist@addmg.com
                  Brock A. Hankins, FL Bar #112531
                  bhankins@addmg.com
                  255 South Orange Avenue, Suite 1401
                  Orlando, FL 32801
                  Telephone: (407) 841-2330
                  Facsimile: (407) 841-2343

                  Attorneys for Plaintiff
                  MD Security Solutions LLC

OF COUNSEL:

Robert E. Freitas
Daniel J. Weinberg
Joshua L. Young
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301